petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Mr. Sewall Key, Miss Helen R. Carloss,* and *Mrs. Elizabeth B. Davis* for the United States.

No. 579. UNITED STATES LINES OPERATIONS, INC. *v.* UNITED STATES. February 28, 1944. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Wm. I. Denning, John W. Cross,* and *Earl C. Walck* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Walter J. Cummings, Jr.* for the United States.

No. 590. DAVIS *v.* UNITED STATES ET AL. February 28, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. D. H. Redfearn* and *R. H. Ferrell* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Edward G. Jennings* for respondents.

No. 594. PEARSON ET AL., DOING BUSINESS AS BEN PEARSON CO., *v.* WALLING, ADMINISTRATOR. February 28, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. J. W. Dickey* and *A. F. House* for petitioners. *Solicitor General Fahy, Messrs. Douglas B. Maggs* and *Archibald Cox,* and *Miss Bessie Margolin* for respondent.

No. 595. COOPERATIVE TRANSIT CO. *v.* HYPHA DAYOUB. February 28, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.